[Cite as *Sage v. Unknown*, 2010-Ohio-3644.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

GORDON SAGE
    Plaintiff

Case No. 2010-02537-AD

Deputy Clerk Daniel R. Borchert

    v.                                    <u>ENTRY OF DISMISSAL</u>

UNKNOWN


{¶ 1} On February 8, 2010, this court issued a pre-screening entry dismissing Access Securepak as defendant and requiring plaintiff to file an amended complaint naming a state department, board, office, commission, agency, institution, or other state instrumentality as defendant or face dismissal of his case.  Plaintiff has failed to comply with the court order.   Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B).  The court shall absorb the costs of this case.


_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Gordon Sage, #458-271
1150 North Main Street
Mansfield, Ohio  44903

DRB/laa
Filed 3/19/10
Sent to S.C. reporter 8/6/10